HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
NIA TRAYLOR
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
JASON OUTLAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-MJ-214-AC |
| Plaintiff, | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: January 30, 2017 |
| JASON OUTLAW, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Allison Claire |

The United States Attorney through its respective counsel, Justin L. Lee, Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, and Nia Traylor, Certified Law Student, Attorneys for the defendant, JASON OUTLAW, hereby stipulate to continue the status conference scheduled for January 30, 2017, at 9:00 a.m. to April 10, 2017, at 2:00 p.m.

Defense counsel requests a continuance to conduct investigation and review additional discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 10, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully Submitted,

DATED: January 25, 2017         /s/ Linda Allison
                                LINDA ALLISON
                                Chief Assistant to the Federal Defender
                                Counsel for Defendant

DATED: January 25, 2017         /s/ Nia Traylor
                                NIA TRAYLOR
                                Certified Law Clerk
                                Counsel for Defendant


DATED: January 25, 2017         PHILLIP A. TALBERT
                                United States Attorney


                                /s/ Justin L.Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney


**O R D E R**

The Court orders that the time from the date of the parties' stipulation, January 25, 2017, up to and including April 10, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the January 30, 2017, status conference shall be continued until April 10, 2017, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   January 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE