HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JASON MARCUS OUTLAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON OUTLAW,<br><br>Defendant. | Case No. 2:16-MJ-00214-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL**<br><br>Date: August 7, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant JASON OUTLAW, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a bench trial on August 7, 2017.

2. Defendant is unable to attend the bench trial on August 7, 2017, because he will be serving a sentence of incarceration.

3. By this stipulation, the parties now jointly move to continue the bench trial to September 25, 2017, at 9 a.m. The parties also agree that the Court can vacate the currently scheduled bench trial date of August 7, 2017.

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | Dated: August 2, 2017 | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | /s/ *Linda C. Allison* |
| 6 | | LINDA C. ALLISON<br>Chief Assistant Federal Defender<br>Attorney for Defendant |
| 7 | | JASON OUTLAW |
| 8 | DATED: August 2, 2017 | PHILLIP A. TALBERT |
| 9 | | United States Attorney |
| 10 | | /s/ *Robert J. Artuz* |
| 11 | | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the bench trial in this matter be continued from August 7, 2017, to September 25, 2017, at 9 a.m.

Dated: August 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE