| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700   Fax: 916-498-5710 |
| 5 | Attorneys for Defendant |
| | JASON MARCUS OUTLAW |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-MJ-00214-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO VACATE BENCH TRIAL AND SET FOR |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JASON OUTLAW, | ) | Date:   September 25, 2017 |
| | ) | Time:   9:00 a.m. |
| Defendant. | ) | Judge:  Hon. Allison Claire |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, Robert Artuz, Special Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, attorney for JASON OUTLAW, that the bench trial set for September 25, 2017, at 9:00 a.m. be vacated, and a status conference hearing be set on October 2, 2017, at 9:00 a.m.

This continuance is necessary as defense counsel has been unable to contact Mr. Outlaw or get any response from his relatives about his whereabouts.  Defense counsel has been unable to effectively prepare for trial or convey plea offers. Counsel is concerned that Mr. Outlaw may not appear on September 25, 2017, which would waste judicial resources.

///

///

Stipulation and ~~Proposed~~ Order to Continue Status Conference         -1-

| | | |
|---|---|---|
| DATED: September 22, 2017 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Defender |
| | | */s/Linda C. Allison*<br>LINDA C. ALLISON<br>Chief Assistant to the Federal Defender |
| | | Attorneys for Defendant<br>JASON OUTLAW |
| DATED: September 22, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/Robert J. Artuz*<br>ROBERT J. ARTUZ<br>Special Assistant United States Attorney |

## **ORDER**

IT IS HEREBY ORDERED that the bench trial set for September 25, 2017, at 9:00 a.m. is vacated, and that a status conference is set for October 2, 2017, at 9:00 a.m.

IT IS SO ORDERED.

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and ~~Proposed~~ Order to
Continue Status Conference

-2-